**Opinion issued August 15, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-18-00613-CR**

**NO. 01-18-00614-CR**

**NO. 01-18-00615-CR**

**NO. 01-18-00616-CR**

———————————

**STANTON ASHFORD CARTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 396th District Court**
**Tarrant County, Texas[1]**
**Trial Court Case Nos. 1445816, 1465603, 1484458, 1484464**

---

[1] The Texas Supreme Court transferred these appeals from the Court of Appeals for the Second District of Texas. *See* TEX. GOV'T CODE § 73.001 (authorizing transfer of cases between courts of appeals).

## MEMORANDUM OPINION

Appellant, Stanton Ashford Carter, has filed motions to dismiss these appeals. The motions to dismiss comply with Texas Rule of Appellate Procedure 42.2(a) and no prior decisions have issued. *See* TEX. R. APP. P. 42.2(a), (b). Accordingly, we grant the motions and dismiss the appeals. We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Landau and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).